

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00691-CV

**USAA FEDERAL SAVINGS BANK**,
Appellant

v.

Aaron J. **WERLEIN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05487
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

 The clerk's record was due to be filed in this appeal on November 17, 2016. On November 21, 2016, this court notified the trial court clerk that the clerk's record was late. On November 22, 2016, the trial court clerk responded to our notice by stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

 It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court